UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KYLE CARLTON and PARKER FULLER,

        Plaintiffs,

vs.

NORFOLK SOUTHERN RAILWAY COMPANY,

        Defendant.

CIVIL ACTION FILE

NO. 1:16-cv-729-RWS

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of the Defendant's Motion for Summary Judgment and the Court having granted said motion, it is

**Ordered and Adjudged** that Defendant recover their costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 29th day of June, 2017.

                              JAMES N. HATTEN
                              CLERK OF COURT

                By:    s/Jill Ayers
                          Deputy Clerk

Prepared and Entered
in the Clerk's Office
June 29, 2017
James N. Hatten
Clerk of Court

By:   s/Jill Ayers
        Deputy Clerk